☒ FILED  ☐ LODGED

**Aug 11 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

TIMOTHY COURCHAINE
United States Attorney
District of Arizona
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Attorneys for Plaintiff

CR-25-03497-TUC-EJM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America, | 25-08265MJ-2 |
|---|---|
| Plaintiff, | <u>I N F O R M A T I O N</u> |
| vs. | Violations:<br>**Count 1:** 8 U.S.C. § 1324(a)(1)(A)(v)(I)<br>8 U.S.C. § 1324(a)(1)(A)(ii)<br>8 U.S.C. § 1324(a)(1)(B)(i)<br>(Conspiracy to Transport Illegal Aliens for Profit)<br>**Felony** |
| Tavares Joseph Blair, | |
| Defendant. | |
| | **Count 2:** 8 U.S.C. § 1325(a)(1);<br>18 U.S.C. § 3<br>(Accessory After the Fact to Enter the United States at an Improper Time or Place)<br>**Misdemeanor** |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

<u>**COUNT 1**</u>

From a date unknown to on or about July 21, 2025 in the District of Arizona, Tavares Joseph Blair, did knowingly and intentionally combine, conspire, confederate, and agree with various other persons known and unknown to the grand jury, to transport and move illegal aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage or private financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

<u>**COUNT 2**</u>

From a date unknown to on or about August 4, 2025 in the District of Arizona, Tavares Joseph Blair, knowing that a certain illegal alien, Flor Maria Garrido, had entered

the United States at a time or place other than as designated by immigration officers, did knowingly assist said aliens so that they would not be apprehended by law enforcement by transporting them in a vehicle.

All in Violation of Title 8, United States Code, Section 1325(a)(1); Title 18 U.S.C. Section 3.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

8/11/2025
Date

*Terry M. Meinecke*
Assistant U.S. Attorney

- 2 -